UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Maria I. Gatlin ) | |
| ) | |
| Plaintiff, ) | Case No. 1:14-cv-03808 |
| ) | |
| v. ) | Hon. Judge Matthew F. Kennelly |
| ) | |
| Village of Summit, and Les Peterson ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT**

On February 16, 2017, this Court entered a final judgment and order in this case awarding Plaintiff compensatory damages in the amount of $150,000, back pay in the amount of $79,846.51, and punitive damages against defendant Les Peterson in the amount of $25,000.

In addition, the Court awarded declaratory and injunctive relief to plaintiff, the most relevant of which for the purposes of this Notice were: (1) Defendants Village of Summit and Les Peterson will promptly take any and all actions necessary in order to completely and officially correct the records of all applicable governmental and quasi-governmental entities, including its own records, which indicate that Plaintiff's employment with Summit was terminated, that Plaintiff was terminated for cause, that Plaintiff abandoned her position, or which indicate anything contrary to the findings of this Court. (2) Defendant Village of Summit and Les Peterson will promptly correct the records of all applicable governmental and quasi-governmental

entities, including its own records, to indicate that Plaintiff Maria Gatlin retired from Defendant Village of Summit Police Department on August 18, 2013. (3) Defendants Village of Summit and Les Peterson will promptly take any and all actions necessary in order to completely and officially correct the records of the Summit Police Pension Fund and Summit Police Pension Board which indicate that Plaintiff's employment with Summit was terminated, that Plaintiff was terminated for cause, that Plaintiff abandoned her position, or that indicate anything contrary to the findings of this Court. (4) Defendants Village of Summit and Les Peterson will promptly take any and all actions necessary in order to completely and officially correct the records of the Summit Police Pension Fund and Summit Police Pension Board to indicate that Plaintiff Maria Gatlin retired from Defendant Village of Summit Police Department on August 18, 2013.

Defendants have satisfied this judgment.

                                      Respectfully Submitted,

                                      /s/Kevin O'Connor
                                      Attorney for Plaintiff

Kevin F. O'Connor (ARDC #6300449)
Heewon O'Connor
O'Connor | O'Connor, P.C.
110 E. Schiller St., Ste 312
Elmhurst, IL 60126
Office   630-456-1596
Fax. 630-658-0336
kevin@oconnor-oconnor.com
Heewon@oconnor-oconnor.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, the foregoing document was served this day on all counsel of record identified on the below Service List, via transmission by electronic mail; all parties to this action being authorized to, and currently utilizing, the CM/ECF system for the Northern District of Illinois.

Michael J. McGrath    nmarzec@odelsonsterk.com, mwalsh@odelsonsterk.com, mmcgrath@odelsonsterk.com

/s/Kevin O'Connor
Attorney for Plaintiff

Kevin F. O'Connor (ARDC #6300449)
Heewon O'Connor
O'Connor | O'Connor, P.C.
110 E. Schiller St., Ste 312
Elmhurst, IL 60126
Office   630-456-1596
Fax. 630-658-0336
kevin@oconnor-oconnor.com
Heewon@oconnor-oconnor.com